## IN THE UNITED STATES BANKRUPTCY COURT
### For the MIDDLE DISTRICT of PENNSYLVANIA
### HARRISBURG DIVISION

|  |  |  |
|---|---|---|
|  |  | Chapter:          13 |
|  |  | Case Number:    18-01882-HWV |
| In re: | ) | Assigned to the Honorable: |
| Jafar Taru | ) |  |
|  | ) |  |
|  | ) | REQUEST FOR SPECIAL NOTICE |
| Debtor(s) | ) | [NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

UNITED CONSUMER FINANCIAL SERV
Merchant Name:UCFS   KIRBY CLEANING SYSTEM

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that UNITED CONSUMER FINANCIAL SERV be given and served with all notices given or required to be given in the case as follows:

UNITED CONSUMER FINANCIAL SERV
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 05/29/18
Account Number: ****6252

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
UNITED CONSUMER FINANCIAL SERV
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com