```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 18-01882-HWV
Tarsha La'shaun Holmes-Taru                                             Chapter 13
Jafar Taru
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini              Page 1 of 2          Date Rcvd: Jun 12, 2018
                               Form ID: ntcnfhrg           Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db/jdb         +Tarsha La'shaun Holmes-Taru,    Jafar Taru,   1235 Nugent Way,   York, PA 17402-7653
cr             +Americredit Financial Services, Inc., dba GM Finan,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
5062333       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,   Arlington, TX 76096)
5057231        +Allied Collection Services,    3080 S Durango Dr,   Las Vegas NV 89117-9193
5057234        +AmeriCredit/GM Financial,    Attn: Bankruptcy,   Po Box 183853,   Arlington TX 76096-3853
5057235        +AmeriCredit/GM Financial,    Po Box 181145,   Arlington TX 76096-1145
5057237        +Amex,   Po Box 297871,   Fort Lauderdale FL 33329-7871
5057236        +Amex,   Correspondence,   Po Box 981540,   El Paso TX 79998-1540
5063702        +Brookview Apartments 71,    Hunter Warfield,   4620 Woodland Corporate Blvd,
                 Tampa, FL 33614-2415
5057242        +Cbusasears,   Po Box 6282,   Sioux Falls SD 57117-6282
5057241        +Cbusasears,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis MO 63179-0040
5057244        +Citibank/Sears,   Po Box 6283,   Sioux Falls SD 57117-6283
5057243        +Citibank/Sears,    Centralized Bankruptcy,   Po Box 790034,   St Louis MO 63179-0034
5057245        +Corporation Service Company,    2595 Interstate Dr Suite 103,   Harrisburg PA 17110-9378
5057249        +Debt Recovery Solution,    6800 Jericho Turnpike,   Syosset NY 11791-4401
5057248        +Debt Recovery Solution,    Attn: Bankruptcy,   Po Box 9003,   Syosset NY 11791-9003
5057227         Department of Revenue,   1 Revenue Place,   Harrisburg PA 17129-0001
5057250        +Diversified Adjustment Swervices, Inc,   Dasi-Bankrupcty,    Po Box 32145,
                 Fridley MN 55432-0145
5057251        +Diversified Adjustment Swervices, Inc,   600 Coon Rapids Bv,    Coon Rapids MN 55433-5549
5057254        +I C System Inc,   444 Highway 96 East,   P.O. Box 64378,    St. Paul MN 55164-0378
5057255        +I C System Inc,   Po Box 64378,   Saint Paul MN 55164-0378
5057259        +Mariner Finance,   8211 Town Center Dr,   Nottingham MD 21236-5904
5057260        +Maryland Revenue Admin (Taxes),    110 Carroll Street,   Annapolis MD 21411-1000
5057264        +PNC Bank,   Po Box 3180,   Pittsburgh PA 15230-3180
5057263        +PNC Bank,   Attn: Bankruptcy Department,   Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland OH 44101-4982
5057268        +State Collection Service,    Po Box 6250,   Madison WI 53716-0250
5057267        +State Collection Service,    Attention: Bankruptcy,   Po Box 6250,   Madison WI 53716-0250
5057274        +Wells Fargo Center/HQ,    TOM SCHNEIDER, President,   N93 SIXTH & MARQUTTE,
                 Minneapolis MN 55479-0001
5057275        +Wells Fargo Preferred,    Po Box 14517,   Des Moines IA 50306-3517
5057225        +York Adams Tax Claim Bureau,    PO BOX 15627,   York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Jun 12 2018 19:22:08     United Consumer Financial Serv.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
5057228        +E-mail/Text: bankruptcy@rentacenter.com Jun 12 2018 19:23:12     Acceptance Now,
                 Attn: Bankruptcy,   5501 Headquarters Dr,   Plano TX 75024-5837
5057229        +E-mail/Text: bankruptcy@rentacenter.com Jun 12 2018 19:23:12     Acceptance Now,
                 5501 Headquarters Dr,   Plano TX 75024-5837
5057230        +E-mail/Text: banko@acsnv.com Jun 12 2018 19:22:58     Allied Collection Services,
                 3080 South Durango Drive,   Suite 208,   Las Vegas NV 89117-9194
5058423         E-mail/Text: ally@ebn.phinsolutions.com Jun 12 2018 19:22:08     Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
5057232        +E-mail/Text: ally@ebn.phinsolutions.com Jun 12 2018 19:22:08     Ally Financial,
                 Attn: Bankruptcy,   Po Box 380901,   Bloomington MN 55438-0901
5057233        +E-mail/Text: ally@ebn.phinsolutions.com Jun 12 2018 19:22:08     Ally Financial,
                 200 Renaissance Ctr,   Detroit MI 48243-1300
5057238        +E-mail/Text: aleasure@autotrakk.com Jun 12 2018 19:23:14     Auto Trakk,   1500 Sycamore Rd,
                 Suite 200,   Montoursville PA 17754-9416
5057240         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 12 2018 19:28:28     Capital One,
                 15000 Capital One Dr,   Richmond VA 23238
5057239        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 12 2018 19:27:49     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City UT 84130-0285
5057246        +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Jun 12 2018 19:23:08
                 Credit Systems International, Inc,   1277 Country Club Lane,   Fort Worth TX 76112-2304
5057252        +E-mail/Text: HWIBankruptcy@hunterwarfield.com Jun 12 2018 19:22:45     Hunter Warfield,
                 Attention: Bankruptcy,   4620 Woodland Corporate Blvd,   Tampa FL 33614-2415
5057253        +E-mail/Text: HWIBankruptcy@hunterwarfield.com Jun 12 2018 19:22:45     Hunter Warfield,
                 4620 Woodland Corporate,   Tampa FL 33614-2415
5057226         E-mail/Text: cio.bncmail@irs.gov Jun 12 2018 19:22:17     IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,   Philadelphia PA 19101-7346
5057258         E-mail/Text: camanagement@mtb.com Jun 12 2018 19:22:23     M & T Bank,   1 Fountain Plz,
                 Buffalo NY 14203
5057257         E-mail/Text: camanagement@mtb.com Jun 12 2018 19:22:23     M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,   Buffalo NY 14240
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5057262        E-mail/Text: collections@mecu.com Jun 12 2018 19:23:12      MECU of Baltimore, Inc.,
               401 E Fayette Street,    Baltimore MD 21202
5057261       +E-mail/Text: collections@mecu.com Jun 12 2018 19:23:12      MECU of Baltimore, Inc.,
               Attn: Bankruptcy,    1 South St.,   Baltimore MD 21202-3298
5057266        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 12 2018 19:39:09
               Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk VA 23502
5057265        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 12 2018 19:39:09
               Portfolio Recovery,    Po Box 41067,    Norfolk VA 23541
5057270       +E-mail/Text: bankruptcydepartment@tsico.com Jun 12 2018 19:23:07      Transworld System Inc,
               500 Virginia Dr Ste 514,    Fort Washington PA 19034-2707
5057269       +E-mail/Text: bankruptcydepartment@tsico.com Jun 12 2018 19:23:07      Transworld System Inc,
               Attn: Bankruptcy,    Po Box 15618,   Wilmington DE 19850-5618
5069464       +E-mail/Text: bnc@bass-associates.com Jun 12 2018 19:22:08
               United Consumer Financial Services,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,
               Tucson, AZ 85712-1083
5057271       +E-mail/Text: EBankruptcy@UCFS.NET Jun 12 2018 19:23:18      United Consumer Financial Services,
               865 Bassett Rd,    Westlake OH 44145-1194
5057273       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 12 2018 19:22:06
               Verizon,    Po Box 650051,    Dallas TX 75265-0051
5057272       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 12 2018 19:22:06
               Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
               Weldon Springs MO 63304-2225
                                                                                             TOTAL: 26

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
5065072*      +Auto Trakk LLC,   1500 Sycamore Road, Suite 200,    Montoursville, PA 17754-9416
5057247*      +Credit Systems International, Inc,    1277 Country Club Ln,    Fort Worth TX 76112-2304
5057256*       Internal Revenue Service,   Centralized Insolvency Operation,    Post Office Box 7346,
               Philadelphia PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
          Bass and Associates PC    on behalf of Creditor   United Consumer Financial Serv.
           ecf@bass-associates.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Jafar  Taru dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Tarsha La'shaun Holmes-Taru dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., dba GM Financial
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tarsha La'shaun Holmes–Taru,　　　　　　　　Chapter　　13

　　**Debtor 1**
　　　　　　　　　　　　　　　　　　　　　　Case No.　　1:18–bk–01882–HWV

Jafar Taru,

　　**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 18, 2018<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 12, 2018 |

ntcnfhrg (03/18)