UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                           Bankr. Case No. 18-01882-HWV-
Jafar Taru and Tarsha La'shaun Holmes-Taru                                    Chapter 13
      Debtor(s)

### REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                            Americredit Financial Services, Inc. dba GM Financial
                            PO Box 183853
                            Arlington, TX  76096

                          By /s/ Mandy Youngblood

                           Mandy Youngblood
                           PO Box 183853
                           Arlington, TX  76096
                           877-203-5538
                           877-259-6417
                           Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-01882-HWV-

Jafar Taru and Tarsha La'shaun Holmes-Taru  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 13, 2018 :

Dawn Marie Cutaia  
115 E. Philadelphia Street  
York, PA 17401

Charles J. DeHart III  
8125 Adams Drive  
Suite A  
Hummelstown, PA 17036

By /s/ Mandy Youngblood  
    Mandy Youngblood

xxxxx21720 / 956166