UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Tarsha La'shaun Holmes-Taru  CHAPTER 13
Jafar Taru
      Debtor(s)  CASE NO. 18-1882

## MOTION TO RECONSIDER ORDER DISMISSING CASE

**AND NOW**, this 21st day of September 2018, the Debtors, by and through their attorney, Dawn M. Cutaia, file this Motion to Reconsider Order Dismissing case and in support thereof state the following:

1. Debtors filed a Chapter 13 bankruptcy May 3, 2018.
2. Debtors filed an application to pay the filing fee in installments, which was granted on May 4, 2018.
3. Debtors' filing fee was due by August 31, 2018.
4. Debtors paid $200 of the $310 filing fee but forgot to send in their final payment and their case was dismissed on September 17, 2018.
5. Debtors' filing fee was paid in full on September 21, 2018.

**WHEREFORE**, the Debtors respectfully request this Honorable Court reconsider the Order dismissing Debtors' case and reinstate their case.

    Respectfully Submitted,

By: **/s/ Dawn M. Cutaia**
Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Tarsha La'shaun Holmes-Taru                                               CHAPTER 13
    Jafar Taru
             Debtor(s)                                                               CASE NO. 18-1882

## ORDER REINSTATING CASE

**AND NOW**, upon consideration of Debtors' Motion to Reconsider Order Dismissing Case, said motion is hereby granted and Debtors' case is reinstated.