In re:                                                                    Case No. 18-01882-HWV
Tarsha La'shaun Holmes-Taru                                               Chapter 13
Jafar Taru
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling          Page 1 of 3          Date Rcvd: Sep 25, 2018
                              Form ID: pdf010          Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
```
db/jdb         +Tarsha La'shaun Holmes-Taru,   Jafar Taru,   1235 Nugent Way,   York, PA 17402-7653
cr             +Americredit Financial Services, Inc., dba GM Finan,   4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
5062333       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services, Inc.,   Dba GM Financial,
                 P.O Box 183853,   Arlington, TX 76096)
5057234        +AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington TX 76096-3853
5057235        +AmeriCredit/GM Financial,   Po Box 181145,   Arlington TX 76096-1145
5077351         American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
5057237        +Amex,   Po Box 297871,   Fort Lauderdale FL 33329-7871
5057236        +Amex,   Correspondence,   Po Box 981540,   El Paso TX 79998-1540
5080285        +BGE,   PO Box 1475,   Baltimore, MD 21203-1475
5063702        +Brookview Apartments 71,   Hunter Warfield,   4620 Woodland Corporate Blvd,
                 Tampa, FL 33614-2415
5057241        +Cbusasears,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
                 Saint Louis MO 63179-0040
5057242        +Cbusasears,   Po Box 6282,   Sioux Falls SD 57117-6282
5057244        +Citibank/Sears,   Po Box 6283,   Sioux Falls SD 57117-6283
5057243        +Citibank/Sears,   Centralized Bankruptcy,   Po Box 790034,   St Louis MO 63179-0034
5057245        +Corporation Service Company,   2595 Interstate Dr Suite 103,   Harrisburg PA 17110-9378
5057248        +Debt Recovery Solution,   Attn: Bankruptcy,   Po Box 9003,   Syosset NY 11791-9003
5057249        +Debt Recovery Solution,   6800 Jericho Turnpike,   Syosset NY 11791-4401
5057227         Department of Revenue,   1 Revenue Place,   Harrisburg PA 17129-0001
5080406         Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
                 Carol Stream, IL  60197-5008
5057250        +Diversified Adjustment Swervices, Inc,   Dasi-Bankrupcty,   Po Box 32145,
                 Fridley MN 55432-0145
5057251        +Diversified Adjustment Swervices, Inc,   600 Coon Rapids Bv,   Coon Rapids MN 55433-5549
5057254        +I C System Inc,   444 Highway 96 East,   P.O. Box 64378,   St. Paul MN 55164-0378
5057255        +I C System Inc,   Po Box 64378,   Saint Paul MN 55164-0378
5057259        +Mariner Finance,   8211 Town Center Dr,   Nottingham MD 21236-5904
5057260        +Maryland Revenue Admin (Taxes),   110 Carroll Street,   Annapolis MD 21411-1000
5057264        +PNC Bank,   Po Box 3180,   Pittsburgh PA 15230-3180
5057263        +PNC Bank,   Attn: Bankruptcy Department,   Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland OH 44101-4982
5078552         Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
5057268        +State Collection Service,   Po Box 6250,   Madison WI 53716-0250
5057267        +State Collection Service,   Attention: Bankruptcy,   Po Box 6250,   Madison WI 53716-0250
5073978         Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
5057274        +Wells Fargo Center/HQ,   TOM SCHNEIDER, President,   N93 SIXTH & MARQUTTE,
                 Minneapolis MN 55479-0001
5057275        +Wells Fargo Preferred,   Po Box 14517,   Des Moines IA 50306-3517
5057225        +York Adams Tax Claim Bureau,   PO BOX 15627,   York PA 17405-0156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Sep 25 2018 19:09:15     United Consumer Financial Serv.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
5057228        +E-mail/Text: bankruptcy@rentacenter.com Sep 25 2018 19:09:44     Acceptance Now,
                 Attn: Bankruptcy,   5501 Headquarters Dr,   Plano TX 75024-5837
5057229        +E-mail/Text: bankruptcy@rentacenter.com Sep 25 2018 19:09:44     Acceptance Now,
                 5501 Headquarters Dr,   Plano TX 75024-5837
5057231        +E-mail/Text: banko@acsnv.com Sep 25 2018 19:09:35     Allied Collection Services,
                 3080 S Durango Dr,   Las Vegas NV 89117-9193
5057230        +E-mail/Text: banko@acsnv.com Sep 25 2018 19:09:35     Allied Collection Services,
                 3080 South Durango Drive,   Suite 208,   Las Vegas NV 89117-9194
5058423         E-mail/Text: ally@ebn.phinsolutions.com Sep 25 2018 19:09:15     Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
5057232        +E-mail/Text: ally@ebn.phinsolutions.com Sep 25 2018 19:09:15     Ally Financial,
                 Attn: Bankruptcy,   Po Box 380901,   Bloomington MN 55438-0901
5057233        +E-mail/Text: ally@ebn.phinsolutions.com Sep 25 2018 19:09:15     Ally Financial,
                 200 Renaissance Ctr,   Detroit MI 48243-1300
5057238        +E-mail/Text: aleasure@autotrakk.com Sep 25 2018 19:09:44     Auto Trakk,   1500 Sycamore Rd,
                 Suite 200,   Montoursville PA 17754-9416
5057240         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 19:18:27     Capital One,
                 15000 Capital One Dr,   Richmond VA 23238
5057239        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 19:18:35     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City UT 84130-0285
5057246        +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Sep 25 2018 19:09:41
                 Credit Systems International, Inc,   1277 Country Club Lane,   Fort Worth TX 76112-2304
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5057252        +E-mail/Text: HWIBankruptcy@hunterwarfield.com Sep 25 2018 19:09:29      Hunter Warfield,
                 Attention: Bankruptcy,    4620 Woodland Corporate Blvd,    Tampa FL 33614-2415
5057253        +E-mail/Text: HWIBankruptcy@hunterwarfield.com Sep 25 2018 19:09:29      Hunter Warfield,
                 4620 Woodland Corporate,    Tampa FL 33614-2415
5057226         E-mail/Text: cio.bncmail@irs.gov Sep 25 2018 19:09:18      IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
5078840         E-mail/Text: camanagement@mtb.com Sep 25 2018 19:09:20      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
5057258         E-mail/Text: camanagement@mtb.com Sep 25 2018 19:09:20      M & T Bank,    1 Fountain Plz,
                 Buffalo NY 14203
5057257         E-mail/Text: camanagement@mtb.com Sep 25 2018 19:09:20      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo NY 14240
5057262         E-mail/Text: collections@mecu.com Sep 25 2018 19:09:43      MECU of Baltimore, Inc.,
                 401 E Fayette Street,    Baltimore MD 21202
5057261        +E-mail/Text: collections@mecu.com Sep 25 2018 19:09:43      MECU of Baltimore, Inc.,
                 Attn: Bankruptcy,    1 South St.,    Baltimore MD 21202-3298
5080870        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2018 19:09:27      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5057266         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 19:18:36
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk VA 23502
5057265         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 19:18:36
                 Portfolio Recovery,    Po Box 41067,    Norfolk VA 23541
5077316         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 19:18:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5057270        +E-mail/Text: bankruptcydepartment@tsico.com Sep 25 2018 19:09:41      Transworld System Inc,
                 500 Virginia Dr Ste 514,    Fort Washington PA 19034-2707
5057269        +E-mail/Text: bankruptcydepartment@tsico.com Sep 25 2018 19:09:41      Transworld System Inc,
                 Attn: Bankruptcy,    Po Box 15618,    Wilmington DE 19850-5618
5069464        +E-mail/Text: bnc@bass-associates.com Sep 25 2018 19:09:15
                 United Consumer Financial Services,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,
                 Tucson, AZ 85712-1083
5057271        +E-mail/Text: EBankruptcy@UCFS.NET Sep 25 2018 19:09:48      United Consumer Financial Services,
                 865 Bassett Rd,    Westlake OH 44145-1194
5057273        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 25 2018 19:09:14
                 Verizon,    Po Box 650051,    Dallas TX 75265-0051
5057272        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 25 2018 19:09:13
                 Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
                 Weldon Springs MO 63304-2225
5079423         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2018 19:18:37      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5077726*       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O. Box 183853,    Arlington, TX 76096)
5065072*       +Auto Trakk LLC,    1500 Sycamore Road, Suite 200,    Montoursville, PA 17754-9416
5057247*       +Credit Systems International, Inc,    1277 Country Club Ln,    Fort Worth TX 76112-2304
5057256*        Internal Revenue Service,    Centralized Insolvency Operation,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
                                                                                    TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:

```
          Bass and Associates PC    on behalf of Creditor    United Consumer Financial Serv.
           ecf@bass-associates.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Jafar  Taru dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Tarsha La'shaun Holmes-Taru dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., dba GM Financial
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Tarsha La'shaun Holmes-Taru                  CHAPTER 13
    Jafar Taru
            Debtor(s)                                CASE NO. 18-1882

## ORDER REINSTATING CASE

**AND NOW**, upon consideration of Debtors' Motion to Reconsider Order Dismissing Case, said motion is hereby granted and Debtors' case is reinstated.

Dated: September 24, 2018          By the Court,

                                         _Henry W. Van Eck_
                                         Henry W. Van Eck, Bankruptcy Judge (KB)