

**IRS** Department of the Treasury
Internal Revenue Service

600 ARCH STREET
PHILADELPHIA, PA 19106-1611

FILED    Harrisburg, PA.
November 1, 2018
Clerk, U.S. Bankruptcy Court

Chapter and Case Number:
13 1:18-BK-01882-HWV
Person to Contact:
JULIA CARLONE
Contact Telephone Number:
(267) 941-6320
Employee Fax Number:
(877) 477-9276
Employee Identification Number:
0212339

Date: October 30, 2018

Attn: Clerk of US Bankruptcy Court
228 Walnut Street
Room 320
Harrisburg PA 17101

cc: CHARLES J DEHART III CH 13 TRUSTEE
8125 ADAMS DR STE A
HUMMELSTOWN, PA 17036

Debtor: JAFAR TARU & TARSHA LA'SHAUN HOLMES-TARU
Bankruptcy Filed May 3, 2018

# 5-1

Our proof of claim in the proceeding noted above has been closed. You may discontinue further consideration of the claim. · IT is an erroneous Duplicate Claim. Claim 6 is the Correct Claim

If you have any questions, our contact information is shown above. Thank you for your cooperation.

*Julia Carlone*
/s/ JOHN F LINDINGER
Insolvency Manager

cc: JAFAR TARU & TARSHA LA'SHAUN HOLMES-TARU
DAWN MARIE CUTAIA

Letter 983 (11-2004)
Catalog Number 40417J

| Creditor: (5063702)<br>Brookview Apartments 71<br>Hunter Warfield<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614 | Claim No: 3<br>Original Filed Date: 05/21/2018<br>Original Entered Date: 05/21/2018 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: |
|---|---|---|

| Amount | claimed: | $1166.65 | |
|---|---|---|---|

History:

| Details | | 3-1 | 05/21/2018 | Claim #3 filed by Brookview Apartments 71, Amount claimed: $1166.65 (Gambini, Christopher) |
|---|---|---|---|---|

Description:

Remarks:

| Creditor: (5065072)<br>Auto Trakk LLC<br>1500 Sycamore Road, Suite 200<br>Montoursville, PA 17754 | Claim No: 4<br>Original Filed Date: 05/25/2018<br>Original Entered Date: 05/25/2018 | Status:<br>Filed by: CR<br>Entered by: Webclaimusr<br>Modified: |
|---|---|---|

| Amount | claimed: | $22470.03 | |
|---|---|---|---|

History:

| Details | | 4-1 | 05/25/2018 | Claim #4 filed by Auto Trakk LLC, Amount claimed: $22470.03 (Webclaimusr) |
|---|---|---|---|---|

Description:

Remarks: (4-1) Account Number (last 4 digits):7406

| Creditor: (5057226)<br>IRS Centralized Insolvency Oper.<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Claim No: 5<br>Original Filed Date: 06/01/2018<br>Original Entered Date: 06/01/2018 | Status:<br>Filed by: CR<br>Entered by: Internal Revenue Service<br>Modified: |
|---|---|---|

| Amount | claimed: | $36182.11 | |
|---|---|---|---|
| Secured | claimed: | $16254.47 | |
| Priority | claimed: | $13209.02 | |

History:

| Details | | 5-1 | 06/01/2018 | Claim #5 filed by IRS Centralized Insolvency Oper., Amount claimed: $36182.11 (Internal Revenue Service) |
|---|---|---|---|---|

Description:

Remarks:

*Handwritten:* Please withdraw POC 5-1 it's a duplicate of 6-1.

**Correct claim 6-1**

| Creditor: (5057226)<br>IRS Centralized Insolvency Oper.<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | **Claim No: 6**<br>Original Filed Date: 06/01/2018<br>Original Entered Date: 06/01/2018<br>Last Amendment Filed: 10/29/2018<br>Last Amendment Entered: 10/29/2018 | Status:<br>Filed by: CR<br>Entered by: Internal Revenue Service<br>Modified: |
|---|---|---|

| Amount | claimed: | $22981.64 |
|---|---|---|
| Secured | claimed: | $16254.47 |
| Priority | claimed: | $8.55 |

History:

| Details | 6-1 | 06/01/2018 | Claim #6 filed by IRS Centralized Insolvency Oper., Amount claimed: $36182.11 (Internal Revenue Service) |
|---|---|---|---|
| Details | 6-2 | 10/16/2018 | Amended Claim #6 filed by IRS Centralized Insolvency Oper., Amount claimed: $31696.66 (Internal Revenue Service) |
| Details | 6-3 | 10/29/2018 | Amended Claim #6 filed by IRS Centralized Insolvency Oper., Amount claimed: $22981.64 (Internal Revenue Service) |

Description:

Remarks:

| Creditor: (5073978)<br>Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | **Claim No: 7**<br>Original Filed Date: 06/15/2018<br>Original Entered Date: 06/15/2018 | Status:<br>Filed by: CR<br>Entered by: Marilyn Gabriela Martinez<br>Modified: |
|---|---|---|

| Amount | claimed: | $3376.25 |
|---|---|---|
| Secured | claimed: | $3182.36 |

History:

| Details | 7-1 | 06/15/2018 | Claim #7 filed by Wells Fargo Bank, N.A., Amount claimed: $3376.25 (Martinez, Marilyn) |
|---|---|---|---|

Description: (7-1) ASHLEY HOMESTORE

Remarks:

| Creditor: (5077316)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | **Claim No: 8**<br>Original Filed Date: 06/26/2018<br>Original Entered Date: 06/26/2018 | Status:<br>Filed by: CR<br>Entered by: Valerie L Smith<br>Modified: |
|---|---|---|

History:

| Details | 8-1 | 06/26/2018 | Claim #8 filed by Portfolio Recovery Associates, LLC, Amount claimed: $170.86 (Smith, Valerie) |
|---|---|---|---|

Description:

Remarks: