UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TARSHA LA SHAUN HOLMES TARU<br>JAFAR TARU | CASE NO: 18-01882<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/6/2018, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/6/2018

/s/ Dawn Cutaia
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA  17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TARSHA LA SHAUN HOLMES TARU
JAFAR TARU

CASE NO: 18-01882

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 11/6/2018, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/6/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS | CERTIFIED | CASE INFO |
|---|---|---|
| UNITED CONSUMER FINANCIAL SERVICES<br>ATTN JOSPEPH M FRANCESCONI PRESIDENT<br>865 BASSETT RD<br>WESTLAKE OH 44145 | 7018 0680 0002 2346 1723<br>WELLS FARGO PREFERRED<br>ATTN TOM MURPHY PRESIDENT<br>800 WALNUT ST<br>DES MOINES IA 50309 | LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-18-BK-01882-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>TUE NOV 6 09-01-10 EST 2018 |
| ACCEPTANCE NOW<br>5501 HEADQUARTERS DR<br>PLANO TX 75024-5837 | ACCEPTANCE NOW<br>ATTN BANKRUPTCY<br>5501 HEADQUARTERS DR<br>PLANO TX 75024-5837 | ALLIED COLLECTION SERVICES<br>3080 S DURANGO DR<br>LAS VEGAS NV 89117-9193 |
| ALLIED COLLECTION SERVICES<br>3080 SOUTH DURANGO DRIVE<br>SUITE 208<br>LAS VEGAS NV 89117-9194 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT MI 48243-1300 |
| ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | AMERICREDITGM FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMERICREDITGM FINANCIAL<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMERICREDIT FINANCIAL SERVICES INC DBA GM<br>4000 EMBARCADERO DR<br>ARLINGTON TX 76014-4101 |
| AMEX<br>CORRESPONDENCE<br>PO BOX 981540<br>EL PASO TX 79998-1540 | AMEX<br>PO BOX 297871<br>FORT LAUDERDALE FL 33329-7871 | AUTO TRAKK<br>1500 SYCAMORE RD<br>SUITE 200<br>MONTOURSVILLE PA 17754-9416 |
| BGE<br>PO BOX 1475<br>BALTIMORE MD 21203-1475 | BASS AND ASSOCIATES PC<br>3936 EAST FT LOWELL ROAD SUITE 200<br>TUCSON AZ 85712-1083 | BROOKVIEW APARTMENTS 71<br>HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD<br>TAMPA FL 33614-2415 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CBUSASEARS<br>CITICORP CREDIT SRVSCENTRALIZED BANKRUP<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |
| CBUSASEARS<br>PO BOX 6282<br>SIOUX FALLS SD 57117-6282 | CITIBANKSEARS<br>CENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITIBANKSEARS<br>PO BOX 6283<br>SIOUX FALLS SD 57117-6283 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

COMPTROLLER OF MARYLAND
301 WEST PRESTON STREET ROOM 409
BALTIMORE MD 21201-2383

CORPORATION SERVICE COMPANY
2595 INTERSTATE DR SUITE 103
HARRISBURG PA 17110-9378

WILLIAM E CRAIG
MORTON CRAIG LLC
110 MARTER AVENUE SUITE 301
MOORESTOWN NJ 08057-3125

CREDIT SYSTEMS INTERNATIONAL INC
1277 COUNTRY CLUB LANE
FORT WORTH TX 76112-2304

DAWN MARIE CUTAIA
PUGH AND CUTAIA PLLC
115 E PHILADELPHIA STREET
YORK PA 17401-2437

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEBT RECOVERY SOLUTION
6800 JERICHO TURNPIKE
SYOSSET NY 11791-4401

DEBT RECOVERY SOLUTION
ATTN BANKRUPTCY
PO BOX 9003
SYOSSET NY 11791-9003

DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

DIRECTV LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 5008
CAROL STREAM IL 60197-5008

DIVERSIFIED ADJUSTMENT SWERVICES INC
600 COON RAPIDS BV
COON RAPIDS MN 55433-5549

DIVERSIFIED ADJUSTMENT SWERVICES INC
DASIBANKRUPCTY
PO BOX 32145
FRIDLEY MN 55432-0145

DEBTOR
TARSHA LASHAUN HOLMES TARU
1235 NUGENT WAY
YORK PA 17402-7653

HUNTER WARFIELD
4620 WOODLAND CORPORATE
TAMPA FL 33614-2415

HUNTER WARFIELD
ATTENTION BANKRUPTCY
4620 WOODLAND CORPORATE BLVD
TAMPA FL 33614-2415

I C SYSTEM INC
444 HIGHWAY 96 EAST
PO BOX 64378
ST PAUL MN 55164-0378

I C SYSTEM INC
PO BOX 64378
SAINT PAUL MN 55164-0378

IRS
600 ARCH STREET
PHILADELPHIA PA 19106-1611

IRS CENTRALIZED INSOLVENCY OPER
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

LAKEVIEW LOAN SERVICING LLC
CO MT BANK
PO BOX 840
BUFFALO NY 14240-0840

MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MECU OF BALTIMORE INCORPORATED
1 SOUTH STREET
BALTIMORE MD 21202-3298

MECU OF BALTIMORE INC
ATTN BANKRUPTCY
1 SOUTH ST
BALTIMORE MD 21202-3298

MARINER FINANCE
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

MARYLAND REVENUE ADMIN TAXES
110 CARROLL STREET
ANNAPOLIS MD 21411-1000

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PNC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 94982- MAILSTOP BR-YB58-01-5<br>CLEVELAND OH 44101-4982 | PNC BANK<br>PO BOX 3180<br>PITTSBURGH PA 15230-3180 | PINNACLE CREDIT SERVICES LLC ITS SUCCESSORS<br>ASSIGNS AS ASSIGNEE OF CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | STATE COLLECTION SERVICE<br>ATTENTION BANKRUPTCY<br>PO BOX 6250<br>MADISON WI 53716-0250 | STATE COLLECTION SERVICE<br>PO BOX 6250<br>MADISON WI 53716-0250 |
| JAFAR TARU<br>1235 NUGENT WAY<br>YORK PA 17402-7653 | TRANSWORLD SYSTEM INC<br>500 VIRGINIA DR STE 514<br>FORT WASHINGTON PA 19034-2707 | TRANSWORLD SYSTEM INC<br>ATTN BANKRUPTCY<br>PO BOX 15618<br>WILMINGTON DE 19850-5618 |
| UNITED CONSUMER FINANCIAL SERV<br>BASS  ASSOCIATES PC<br>3936 E FT LOWELL ROAD SUITE 200<br>TUCSON AZ 85712-1083 | UNITED CONSUMER FINANCIAL SERVICES<br>865 BASSETT RD<br>WESTLAKE OH 44145-1194 | UNITED CONSUMER FINANCIAL SERVICES<br>BASS  ASSOCIATES PC<br>3936 E FT LOWELL SUITE 200<br>TUCSON AZ 85712-1083 |
| UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | VERIZON<br>ATTN WIRELESS BANKRUPTY ADMIN<br>500 TECHNOLOGY DR STE 500<br>WELDON SPRINGS MO 63304-2225 | VERIZON<br>PO BOX 650051<br>DALLAS TX 75265-0051 |
| VERIZON<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | WELLS FARGO BANK NA<br>PO BOX 10438 MAC F823502F<br>DES MOINES IA 50306-0438 |
| WELLS FARGO CENTERHQ<br>TOM SCHNEIDER PRESIDENT<br>N93 SIXTH  MARQUTTE<br>MINNEAPOLIS MN 55479-0001 | WELLS FARGO PREFERRED<br>PO BOX 14517<br>DES MOINES IA 50306-3517 | YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 |
| YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | | |