# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jafar Taru <br> Tarsha La'shaun Holmes-Taru <br>                 Debtor(s) <br><br> Lakeview Loan Servicing LLC <br>                 Movant <br><br> v. <br> Jafar Taru <br> Tarsha La'shaun Holmes-Taru <br>                 Respondent(s) <br><br> Charles J. Dehart, III <br>                 Trustee/Respondent | Chapter 13 <br><br> 18-01882 HWV <br><br> Answer |

## **ANSWER**

**AND NOW**, this 15th day of April 2019, the Debtors, Jafar Taru and Tarsha La'shaun Holmes-Taru by and through counsel, Dawn M. Cutaia, file this Answer to the Motion for Relief from Stay filed by Lakeview Loan Servicing LLC:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied.
9. Admitted.
10. Admitted.

**WHEREFORE**, the Debtors respectfully request this Honorable Court deny the Motion for Relief and/or allow Debtor to cure the default within six months.

Respectfully Submitted,

Date: April 29, 2019

By: **/s/ Dawn M. Cutaia**

Supreme Court ID 77965

Attorney for Debtor(s)
115 E. Philadelphia Street
York, PA 17401
cutaialaw@gmail.com
717-304-1841