# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TARSHA LA'SHAUN HOLMES-TARU, | : | CHAPTER 13 |
| and JAFAR TARU | : | CASE NO. 1:18-bk-01882-HWV |
|     Debtors | : | |
| _____ | : | |
| | : | |
| ALLY FINANCIAL INC., | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| TARSHA LA'SHAUN HOLMES-TARU, | : | |
| and JAFAR TARU, Debtors, and | : | |
| CHARLES J. DeHART, III, Trustee | : | ANSWER TO MOVANT'S MOTION FOR |
|     Respondents | : | RELIEF FROM THE AUTOMATIC STAY |

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, comes Tarsha La'Shaun Holmes-Taru and Jafar Taru, by and through their attorney, Dawn M. Cutaia, Esquire, and file this, their Answer to Movant Ally Financial Inc.'s Motion for Relief from the Automatic Stay, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. No response is required, as Paragraph 8 contains a request for a relief and not an allegation of fact.

9. Denied. Counsel for Debtors' agrees to obtain proof of the insurance maintained by Debtor Tarsha La'shaun Holmes-Taru ("Respondent") on the vehicle and will provide it to Movant.

10. Admitted in part; Denied in part. Respondent has defaulted on her obligations to Movant put she is going to amend her plan and roll in the arrears or reach and otherwise acceptable agreement with Movant to bring her account current..

**WHEREFORE**, Respondent respectfully requests this Honorable Court dismiss the Motion for Relief from Stay.

Respectfully submitted,

By: /s/ Dawn M. Cutaia
Dawn M. Cutaia, Esquire
Supreme Court ID #77965
Attorney for Debtor
115 East Philadelphia Street
York, PA 17401-2437
cutaialaw@gmail.com
717.304.1841