IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 1-18-01882(HWV) |
| TARSHA LA'SHAUN HOLMES-TARU | : | |
| and JAFAR TARU | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | Nature of Proceeding: Stipulation Resolving |
| | : | Ally Financial Inc.'s Motion for Relief |
| ALLY FINANCIAL INC. | : | |
| Movant(s) | : | |
| | : | |
| TARSHA LA'SHAUN HOLMES-TARU | : | |
| and JAFAR TARU | : | Pleading: Ally Financial Inc.'s Motion for |
| CHARLES J. DEHART, III, Trustee | : | Relief |
| Respondent(s) | : | Document #: 63 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

■ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

        ☐ Thirty (30) days.

        ■ Forty-five (45) days.

        ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 12, 2020        s/ Regina Cohen

                                          Attorney for Ally Financial Inc.

2178882v1