LOCAL BANKRUPTCY FORM 5071-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 1-18-01882(HWV) |
| TARSHA LA'SHAUN HOLMES-TARU | : | |
| and JAFAR TARU | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | Nature of Proceeding: Request Continuance |
| | : | of Hearing for Reasons stated below: |
| ALLY FINANCIAL INC. | : | |
| Movant(s) | : | |
| | : | |
| TARSHA LA'SHAUN HOLMES-TARU | : | |
| and JAFAR TARU | : | Pleading: Ally Financial Inc.'s Motion for |
| CHARLES J. DEHART, III, Trustee | : | Relief |
| Respondent(s) | : | Document #: 63 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the Continuance.

<u>Still trying to work out a resolution. Ally (with concurrence from Debtor's Attorney), would like to continue this matter for 60 days.</u>

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 16, 2020        s/ Regina Cohen

                               Attorney for   Ally Financial Inc.
                                              Regina Cohen, Esquire
                                              (215) 627-0303

2194931v1