**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| TARSHA LA'SHAUN HOLMES-TARU, | : | CHAPTER 13 |
| and JAFAR TARU | : | CASE NO. 1:18-bk-01882-HWV |
|     Debtors | : | |
| _____ | : | |
| | : | |
| ALLY FINANCIAL INC., | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| TARSHA LA'SHAUN HOLMES-TARU, | : | |
| and JAFAR TARU, Debtors, and | : | |
| CHARLES J. DeHART, III, Trustee | : | ANSWER TO MOVANT'S MOTION FOR |
|     Respondents | : | RELIEF FROM THE AUTOMATIC STAY |

**PRAECIPE TO WITHDRAW ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

      **To the Clerk:**

Kindly withdraw the Answer filed in the above referenced matter.

Respectfully submitted,

By: /s/ Dawn M. Cutaia
    Dawn M. Cutaia, Esquire
    Supreme Court ID #77965
    Attorney for Debtor
    115 East Philadelphia Street
    York, PA 17401-2437
    cutaialaw@gmail.com
    717.304.1841