## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TARSHA HOLMES-TARU & JAFAR TARU, | : | CASE NO. 1-bk-18-1882 |
| Debtor | : | |
| _____ | : | |
| | : | |
| TARSHA HOLMES-TARU & JAFAR TARU, | : | MOTION TO INCUR DEBT |

**ORDER**

**AND NOW,** upon consideration of Debtor's Motion to Incur Debt to Purchase a Vehicle, said Motion is hereby granted as follows:

Debtor is given permission to purchase a vehicle and obtain financing not to exceed $21,964.52, financed for a term not to exceed 72 months, at an interest rate not to exceed 17.468 and a downpayment not to exceed $2000. Debtor is permitted to obtain financing through DriveTime or any other lender chosen by Debtor, according to the above terms.