IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Tarsha La'shaun Holmes-Taru<br>Jafar Taru<br>　　　　Debtors | : Chapter 13<br>:<br>:<br>: Case No. 1:18-bk-01882 |
| Tarsha La'shaun Holmes-Taru<br>Jafar Taru<br>　　　　Objectors | :<br>:<br>:<br>: |
| Lakeview Loan Servicing, LLC<br>　　　　Claimant | :<br>:<br>: |

**OBJECTION TO CERTIFICATE OF DEFAULT**

**AND NOW,** the Debtors, by and through their attorney, Dawn M. Cutaia, of Pugh & Cutaia, PLLC, file this Objection to Certificate of Default and in support thereof state the following:

1. Debtors filed a stipulation on August 12, 2019.

2. Stipulation was approved on August 13, 2019.

3. Counsel for Debtors and counsel for Mortgagee are still negotiating a possible settlement to determine whether debtors really are in default.

**WHEREFORE,** Debtors respectfully request this Honorable Court deny the Certificate of Default.

Date: 02/09/2021　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Dawn M. Cutaia
　　　　　　　　　　　　　　　　　　　　　　　　　　　Pugh & Cutaia Law, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　115 E. Philadelphia Street

York, PA 17401
717-304-1841
[cutaialaw@gmail.com](mailto:cutaialaw@gmail.com)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
|     Debtors | : Case No. 1:18-bk-01882 |
| | : |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
|     Objectors | : |
| | : |
| Lakeview Loan Servicing, LLC | : |
| | : |
|     Claimant | : |

**<u>ORDER</u>**

    Upon consideration of the Debtors' Objection to Certificate of Default filed by Lakeview Loan Servicing, LLC, it is hereby ordered that the Claimant's Certificate of Default be denied.