LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Jafar and Tarsha Holmes-Taru

**Debtor(s)**

Lakeview Loan Servicing, LLC

**Plaintiff(s)/Movant(s)**
vs.
Jafar and Tarsha Holmes-Taru

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1 - 18 -bk- 1882

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: _____
Certificatre of Default

Document #: 92,93

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel for Plaintiff and Counsel for Debtors are negotiating. The parties are aware this request is being made less than 24 hours before the hearing time and Counsel for Debtors or Counsel for Plaintiff will call in for the hearing if the request is not granted. A continuance of 2 weeks - March 9, 2021 - is being requested but the parties understand that date is subject to Court availability.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 2/22/2021

/s/ Dawn M. Cutaia

Attorney for Debtors
Name: dmcutaia@gmail.com
Phone Number: 717-304-1841

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.