## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
|     Debtors | : Case No. 1:18-bk-01882 |
| | : |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
|     Objectors | : |
| | : |
| Lakeview Loan Servicing, LLC | : |
| | : |
|     Claimant | : |

### MOTION TO CONTINUE HEARING ON DEBTORS' OBJECTION TO CERTIFICATE OF DEFAULT

**AND NOW,** the Debtors, by and through their attorney, Dawn M. Cutaia, of Pugh & Cutaia, PLLC, file this Motion to Continue Hearing on Debtors' Objection to Certificate of Default and state the following:

1. A Certificate of Default was filed on February 8 ,2021.

2. Debtors filed an objection on February 9, 2021.

3. Counsel for both parties have resolved the issue of the amount due but additional time is needed for payment to be made.

4. This is the second request to continue, as the prior hearing scheduled for February 23, 2021 was continued to March 9, 2021.

5. Counsel for Lakeview Loan Servicing concurs with this request.

**WHEREFORE,** Debtors respectfully request this Honorable Court continue the hearing for thirty (30) days (as the Court's calendar permits).

Date: 03/06/2021                                             Respectfully Submitted,

                                                             /s/ Dawn M. Cutaia
                                                             Pugh & Cutaia Law, PLLC
                                                             115 E. Philadelphia Street
                                                             York, PA 17401
                                                             717-304-1841
                                                             cutaialaw@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
| Debtors | : Case No. 1:18-bk-01882 |
| | : |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
| Objectors | : |
| | : |
| Lakeview Loan Servicing, LLC | : |
| | : |
| Claimant | : |

**<u>ORDER</u>**

    Upon consideration of the Debtors' Motion to Continue, said motion is hereby granted and the hearing scheduled for March 9, 2021 is rescheduled to