## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    TARSHA LA'SHAUN HOLMES-TARU

       JAFAR TARU                      CHAPTER 13

            Debtor(s)

                                      CASE NO: 1-18-01882-HWV

       JACK N. ZAHAROPOULOS
       CHAPTER 13 TRUSTEE
                Movant
       vs.

       TARSHA LA'SHAUN HOLMES-TARU

       JAFAR TARU

            Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

      AND NOW, comes Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

1. Debtor(s) filed the above case on May 3, 2018.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 10/16/2018, 05/09/2019, 10/19/2020, 09/09/2021

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 3 months in default with arrearages of $3,614.29 through March 9, 2022.

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of hearing and other instructions are included with this Motion.

      WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated:   <u>March 9, 2022</u>                    Respectfully submitted,


<u>/s/</u>   James K. Jones, Esquire
<u>ID:  39031</u>
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:      TARSHA LA'SHAUN HOLMES-TARU

JAFAR TARU                    CHAPTER 13
         Debtor(s)              CASE NO: 1-18-01882-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant             MOTION TO DISMISS
vs.
TARSHA LA'SHAUN HOLMES-TARU
  JAFAR TARU

        Respondent(s)        **NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> April 13, 2022 at 09:35 AM
> Bankruptcy Courtroom
> Ronald Reagan Federal Bldg.
> 3rd Floor, 228 Walnut Street
> Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2.    You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    <u>March 9, 2022</u>        Jack N. Zaharopoulos, Trustee
                                   8125 Adams Drive, Suite A
                                   Hummelstown, PA 17036
                                   Phone: (717) 566-6097
                                   Fax: (717) 566-8313
                                   eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    TARSHA LA'SHAUN HOLMES-TARU

        JAFAR TARU                      CHAPTER 13

            Debtor(s)

                              CASE NO: 1-18-01882-HWV

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
            Movant                  MOTION TO DISMISS

        vs.

        TARSHA LA'SHAUN HOLMES-TARU
         JAFAR TARU

            Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 9, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

        DAWN MARIE CUTAIA, ESQUIRE      Served electronically
        115 EAST PHILADELPHIA STREET
        YORK, PA  17401-

        TARSHA LA'SHAUN HOLMES-TARU
        JAFAR TARU                 Served by 1st Class Mail
        1235 NUGENT WAY
        YORK, PA  17402

        United States Trustee
        228 Walnut Street
        Suite 1190                  Served electronically
        Harrisburg, PA  17101

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 9, 2022

                                <u>Matt Arcuri</u>
                                for Jack N. Zaharopoulos, Trustee
                                Suite A, 8125 Adams Dr.
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097
                                eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   TARSHA LA'SHAUN HOLMES-TARU

       JAFAR TARU                                CHAPTER 13

            Debtor(s)

                                      CASE NO: 1-18-01882-HWV
JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant                      MOTION TO DISMISS

      vs.

      TARSHA LA'SHAUN HOLMES-TARU
       JAFAR TARU

            Respondent(s)

### <u>ORDER DISMSSING CASE</u>

     Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.