United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                         Case No. 18-01882-HWV

Tarsha La'shaun Holmes-Taru                Chapter 13

Jafar Taru

    Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                            Page 1 of 2

Date Rcvd: May 25, 2022             Form ID: pdf010                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

**Recip ID**            **Recipient Name and Address**
                  + Towson University Payroll Department, 8000 York Road, Towson, MD 21252-0001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022                      Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor United Consumer Financial Serv. ecf@bass-associates.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Jafar Taru dmcutaia@gmail.com<br>cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Tarsha La'shaun Holmes-Taru dmcutaia@gmail.com<br>cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |

Rebecca Ann Solarz
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

Regina Cohen
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Americredit Financial Services Inc., dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TARSHA HOLMES-TARU & JAFAR TARU, | : | CASE NO. 1-bk-18-1882 |
| Debtors | : | |
| | : | |
| | : | |
| TARSHA HOLMES-TARU &JAFAR TARU, | : | |
| Movants | : | |

## ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer:**
Towson University Payroll Department
8000 York Road
Towson, MD 21252
Jafar Taru #0254173

**Shall deduct from Jafar Taru. income the sum of $573.23 each bi-weekly pay**, beginning with the first pay in **June 2022,** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Jack N. Zaharopoulos
Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 25, 2022