UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHAPTER 13

Tarsha La'shaun Holmes-Taru

Jafar Taru

    Debtor(s)   CASE NO. 18-1882

## MOTION TO TERMINATE WAGE ATTACHMENT

**AND NOW**, the Debtors, Tarsha La'shaun Holmes-Taru and Jafar Taru, by and through counsel, Dawn M. Cutaia, file this Motion to TERMINATE Wage Attachment and respectfully represent:

1. Debtors, Tarsha La'shaun Holmes-Taru and Jafar Taru, filed a Chapter 13 Petition on May 3, 2018.
2. Debtors, Tarsha La'shaun Holmes-Taru and Jafar Taru, agreed to an amended wage attachment on January 15, 2024, and the order was entered on January 16, 2024.
3. Debtors, Tarshasha La'shaun Holmes-Taru and Jafar Taru, have been notified by the Trustee that they have made all of their plan payments so the wage attachment is no longer necessary.

**WHEREFORE**, the Debtor respectfully requests this Court enter an Order terminating the wage attachment Order dated January 16, 2024.

Respectfully Submitted,

/s/ Dawn M. Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404
Supreme Court ID 77965
717-304-1841
dmcutaia@gmail.com

# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CHAPTER 13

Tarsha La'shaun Holmes-Taru

Jafar Taru

        Debtor(s)     CASE NO. 18-1882

## ORDER TERMINATING WAGE ATTACHMENT

**AND NOW,** upon consideration of Debtors' Motion to Terminate Wage Attachment, the wage attachment Order entered on January 16, 2024, is hereby **TERMINATED.**

        **By the Court:**