United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01882-HWV |
| Tarsha La'shaun Holmes-Taru | Chapter 13 |
| Jafar Taru | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 04, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

**Recip ID    Recipient Name and Address**
    +  Towson University, Attn Payroll Dept, 8000 York Road, Towson, MD 21252-0002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

**Name    Email Address**

Bass and Associates PC
    on behalf of Creditor United Consumer Financial Serv. ecf@bass-associates.com

Dawn Marie Cutaia
    on behalf of Debtor 1 Tarsha La'shaun Holmes-Taru dmcutaia@gmail.com
    cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

Dawn Marie Cutaia
    on behalf of Debtor 2 Jafar Taru dmcutaia@gmail.com
    cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

Regina Cohen
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Americredit Financial Services Inc., dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                   CHAPTER 13

Tarsha La'shaun Holmes-Taru

Jafar Taru

         Debtor(s)                      CASE NO. 18-1882

## ORDER TERMINATING WAGE ATTACHMENT

Upon consideration of Debtors' Motion to Terminate Wage Attachment, the wage attachment Order entered on January 16, 2024, is hereby **TERMINATED.**

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 4, 2025