UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CASE NO. 1:18-bk-01882

**Tarsha La'shaun Holmes-Taru**
**Jafar Taru**

Debtor (s)   Chapter 13

### CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Fresh Start Law, PLLC, hereby certify that on 02/13/2025, a true and correct copy of the foregoing **Motion for Mortgage Modification, Notice, and Redacted Note and Mortgage** was served via ECF on the following party:

**James Warmbrodt on behalf of Lakeview Loan Servicing LLC.**

Respectfully Submitted:

/s/ Dawn M. Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404