Certificate Number: 17082-PAM-DE-039383965

Bankruptcy Case Number: 18-01882



17082-PAM-DE-039383965

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2025, at 7:28 o'clock AM MST, JAFAR TARU completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 27, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director