Certificate Number: 17082-PAM-DE-039389622

Bankruptcy Case Number: 18-01882



17082-PAM-DE-039389622

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2025, at 7:28 o'clock AM MST, TARSHA L HOLMES TARU completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 28, 2025  By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director