# UNITED STATES BANKRUPTCY COURT

_____Middle_____ District Of __Pennsylvania__

In re _Tarsha La'shaun Holmes-Taru and Jafar Taru_   Case No. __18-01882__
             Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[x] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[x] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

       I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on ___Mar 10, 2025___   _____*Jafar Taru (Mar 10, 2025 12:59 EDT)*_____
                Date                                            Debtor

# Fillable blank cert no support

Final Audit Report 2025-03-10

| | |
|---|---|
| Created: | 2025-03-05 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAGxKnhSVwY0aQQMm6VzqwflJ4jRCKCINs |

## "Fillable blank cert no support" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2025-03-05 - 3:30:32 PM GMT

- Document emailed to taru@tuta.com for signature
  2025-03-05 - 3:30:52 PM GMT

- Email viewed by taru@tuta.com
  2025-03-10 - 4:58:54 PM GMT

- Signer taru@tuta.com entered name at signing as Jafar Taru
  2025-03-10 - 4:59:45 PM GMT

- Document e-signed by Jafar Taru (taru@tuta.com)
  Signature Date: 2025-03-10 - 4:59:47 PM GMT - Time Source: server

- Agreement completed.
  2025-03-10 - 4:59:47 PM GMT

**Adobe Acrobat Sign**

Case 1:18-bk-01882-HWV    Doc 154    Filed 03/10/25    Entered 03/10/25 21:55:37    Desc
Main Document      Page 3 of 3