# UNITED STATES BANKRUPTCY COURT

### Middle District Of Pennsylvania

In re <u>Tarsha La'shaun Holmes-Taru and Jafar Taru</u>      Case No. <u>18-01882</u>
            Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

        I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

                Mar 6, 2025

Executed on _____                      Tae Hung Taru (Mar 6, 2025 16:27 EST)

              Date                                Debtor

# Fillable blank cert no support

Final Audit Report                                                           2025-03-06

| | |
|---|---|
| Created: | 2025-03-05 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6cW3zA0zQLRrx2mXbvVW1q8eRKZQ12mt |

## "Fillable blank cert no support" History

📄 Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
   2025-03-05 - 3:29:32 PM GMT

📧 Document emailed to t_taru82@yahoo.com for signature
   2025-03-05 - 3:29:57 PM GMT

📄 Email viewed by t_taru82@yahoo.com
   2025-03-06 - 9:25:55 PM GMT

✒️ Signer t_taru82@yahoo.com entered name at signing as Tarsha L. Holmes-Taru
   2025-03-06 - 9:27:14 PM GMT

✒️ Document e-signed by Tarsha L. Holmes-Taru (t_taru82@yahoo.com)
   Signature Date: 2025-03-06 - 9:27:16 PM GMT - Time Source: server

✅ Agreement completed.
   2025-03-06 - 9:27:16 PM GMT

![Adobe Acrobat Sign] Adobe Acrobat Sign