United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Tarsha La'shaun Holmes-Taru  
Jafar Taru  
    Debtors

Case No. 18-01882-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 5  
Date Rcvd: Mar 11, 2025     Form ID: 3180W     Total Noticed: 68

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tarsha La'shaun Holmes-Taru, Jafar Taru, 1235 Nugent Way, York, PA 17402-7653 |
| 5063702 | + | Brookview Apartments 71, Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 5057245 | + | Corporation Service Company, 2595 Interstate Dr Suite 103, Harrisburg PA 17110-9378 |
| 5080406 |   | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5057260 | + | Maryland Revenue Admin (Taxes), 110 Carroll Street, Annapolis MD 21411-1000 |
| 5057274 | + | Wells Fargo Center/HQ, TOM SCHNEIDER, President, N93 SIXTH & MARQUTTE, Minneapolis MN 55479-0001 |
| 5057225 | + | York Adams Tax Claim Bureau, PO BOX 15627, York PA 17405-0156 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: GMACFS.COM | Mar 11 2025 22:43:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | EDI: PHINAMERI.COM | Mar 11 2025 22:43:00 | Americredit Financial Services, Inc., dba GM Finan, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr |   | EDI: IRS.COM | Mar 11 2025 22:43:00 | IRS, 600 Arch Street, Philadelphia, PA 19106-1611 |
| cr | + | EDI: BASSASSOC.COM | Mar 11 2025 22:43:00 | United Consumer Financial Serv., Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 5062333 |   | EDI: PHINAMERI.COM | Mar 11 2025 22:43:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5057228 | + | Email/Text: bankruptcy@rentacenter.com | Mar 11 2025 18:39:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano TX 75024-5837 |
| 5057229 | + | Email/Text: bankruptcy@rentacenter.com | Mar 11 2025 18:39:00 | Acceptance Now, 5501 Headquarters Dr, Plano TX 75024-5837 |
| 5057231 | + | Email/Text: banko@acsnv.com | Mar 11 2025 18:39:00 | Allied Collection Services, 3080 S Durango Dr, Las Vegas NV 89117-9193 |
| 5057230 | + | Email/Text: banko@acsnv.com | Mar 11 2025 18:39:00 | Allied Collection Services, 3080 South Durango Drive, Suite 208, Las Vegas NV 89117-9194 |
| 5058423 |   | EDI: GMACFS.COM | Mar 11 2025 22:43:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5057232 | + | EDI: GMACFS.COM | Mar 11 2025 22:43:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington MN 55438-0901 |
| 5057233 | + | EDI: GMACFS.COM | Mar 11 2025 22:43:00 | Ally Financial, 200 Renaissance Ctr, Detroit MI |

| | | | | |
|---|---|---|---|---|
| | | | | 48243-1300 |
| 5057234 | + | EDI: PHINAMERI.COM | Mar 11 2025 22:43:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington TX 76096-3853 |
| 5057235 | + | EDI: PHINAMERI.COM | Mar 11 2025 22:43:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington TX 76096-1145 |
| 5077351 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2025 18:52:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5057237 | + | Email/PDF: bncnotices@becket-lee.com | Mar 11 2025 18:53:09 | Amex, Po Box 297871, Fort Lauderdale FL 33329-7871 |
| 5057236 | + | Email/PDF: bncnotices@becket-lee.com | Mar 11 2025 18:53:27 | Amex, Correspondence, Po Box 981540, El Paso TX 79998-1540 |
| 5057238 | + | Email/Text: kwalters@autotrakk.com | Mar 11 2025 18:39:00 | Auto Trakk, 1500 Sycamore Rd, Suite 200, Montoursville PA 17754-9416 |
| 5080285 | + | Email/Text: BGEBankruptcy@BGE.com | Mar 11 2025 18:39:00 | BGE, PO Box 1475, Baltimore, MD 21203-1475 |
| 5057240 | | EDI: CAPITALONE.COM | Mar 11 2025 22:43:00 | Capital One, 15000 Capital One Dr, Richmond VA 23238 |
| 5057240 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2025 18:41:56 | Capital One, 15000 Capital One Dr, Richmond VA 23238 |
| 5057239 | + | EDI: CAPITALONE.COM | Mar 11 2025 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 5057239 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2025 18:42:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 5057242 | + | EDI: CITICORP | Mar 11 2025 22:43:00 | Cbusasears, Po Box 6282, Sioux Falls SD 57117-6282 |
| 5057241 | + | EDI: CITICORP | Mar 11 2025 22:43:00 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis MO 63179-0040 |
| 5057244 | + | EDI: CITICORP | Mar 11 2025 22:43:00 | Citibank/Sears, Po Box 6283, Sioux Falls SD 57117-6283 |
| 5057243 | + | EDI: CITICORP | Mar 11 2025 22:43:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis MO 63179-0034 |
| 5123313 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Mar 11 2025 18:39:00 | Comptroller of Maryland, 301 West Preston Street Room 409, Baltimore, MD 21201-2383 |
| 5057246 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Mar 11 2025 18:39:00 | Credit Systems International, Inc, 1277 Country Club Lane, Fort Worth TX 76112-2304 |
| 5057249 | ^ | MEBN | Mar 11 2025 18:37:05 | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset NY 11791-4401 |
| 5057248 | ^ | MEBN | Mar 11 2025 18:37:14 | Debt Recovery Solution, Attn: Bankruptcy, Po Box 9003, Syosset NY 11791-9003 |
| 5057227 | | EDI: PENNDEPTREV | Mar 11 2025 22:43:00 | Department of Revenue, 1 Revenue Place, Harrisburg PA 17129-0001 |
| 5057227 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2025 18:39:00 | Department of Revenue, 1 Revenue Place, Harrisburg PA 17129-0001 |
| 5080406 | | EDI: DIRECTV.COM | Mar 11 2025 22:43:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5057251 | ^ | MEBN | Mar 11 2025 18:37:05 | Diversified Adjustment Swervices, Inc, 600 Coon Rapids Bv, Coon Rapids MN 55433-5549 |
| 5057250 | ^ | MEBN | Mar 11 2025 18:37:03 | Diversified Adjustment Swervices, Inc, Dasi-Bankrupcty, Po Box 32145, Fridley MN 55432-0145 |
| 5057252 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | | |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5057253 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Mar 11 2025 18:39:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa FL 33614-2415 |
| | | | Mar 11 2025 18:39:00 | Hunter Warfield, 4620 Woodland Corporate, Tampa FL 33614-2415 |
| 5057255 | + | EDI: LCIICSYSTEM | Mar 11 2025 22:43:00 | I C System Inc, Po Box 64378, Saint Paul MN 55164-0378 |
| 5057254 | + | EDI: LCIICSYSTEM | Mar 11 2025 22:43:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul MN 55164-0378 |
| 5078840 | ^ | MEBN | Mar 11 2025 18:37:04 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5057258 | | Email/Text: camanagement@mtb.com | Mar 11 2025 18:39:00 | M & T Bank, 1 Fountain Plz, Buffalo NY 14203 |
| 5057257 | | Email/Text: camanagement@mtb.com | Mar 11 2025 18:39:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo NY 14240 |
| 5057262 | | Email/Text: collections@mecu.com | Mar 11 2025 18:39:00 | MECU of Baltimore, Inc., 401 E Fayette Street, Baltimore MD 21202 |
| 5057261 | + | Email/Text: collections@mecu.com | Mar 11 2025 18:39:00 | MECU of Baltimore, Inc., Attn: Bankruptcy, 1 South St., Baltimore MD 21202-3481 |
| 5057259 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 11 2025 18:39:00 | Mariner Finance, 8211 Town Center Dr, Nottingham MD 21236-5904 |
| 5080870 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2025 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5057263 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2025 18:39:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland OH 44101 |
| 5057264 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2025 18:39:00 | PNC Bank, Po Box 3180, Pittsburgh PA 15230 |
| 5057266 | | EDI: PRA.COM | Mar 11 2025 22:43:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk VA 23502 |
| 5057265 | | EDI: PRA.COM | Mar 11 2025 22:43:00 | Portfolio Recovery, Po Box 41067, Norfolk VA 23541 |
| 5077316 | | EDI: PRA.COM | Mar 11 2025 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5078552 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2025 18:41:56 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5057267 | | Email/Text: amieg@stcol.com | Mar 11 2025 18:39:00 | State Collection Service, Attention: Bankruptcy, Po Box 6250, Madison WI 53716 |
| 5057268 | | Email/Text: amieg@stcol.com | Mar 11 2025 18:39:00 | State Collection Service, Po Box 6250, Madison WI 53701 |
| 5057269 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 11 2025 18:39:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington DE 19850-5618 |
| 5057270 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 11 2025 18:39:00 | Transworld System Inc, 500 Virginia Dr Ste 514, Fort Washington PA 19034-2733 |
| 5057271 | + | Email/Text: EBankruptcy@UCFS.NET | Mar 11 2025 18:39:00 | United Consumer Financial Services, 865 Bassett Rd, Westlake OH 44145-1194 |
| 5069464 | + | EDI: BASSASSOC.COM | Mar 11 2025 22:43:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 5079423 | | EDI: AIS.COM | Mar 11 2025 22:43:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5079423 | | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2025 18:42:08 | Verizon, by American InfoSource LP as agent, PO |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Box 248838, Oklahoma City, OK 73124-8838 |
| 5057272 | + | EDI: VERIZONCOMB.COM | Mar 11 2025 22:43:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs MO 63304-2225 |
| 5057272 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 11 2025 18:39:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs MO 63304-2225 |
| 5057273 | + | EDI: VERIZONCOMB.COM | Mar 11 2025 22:43:00 | Verizon, Po Box 650051, Dallas TX 75265-0051 |
| 5057273 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 11 2025 18:39:00 | Verizon, Po Box 650051, Dallas TX 75265-0051 |
| 5073978 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 11 2025 18:53:09 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5057275 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 11 2025 18:53:27 | Wells Fargo Preferred, Po Box 14517, Des Moines IA 50306-3517 |
| 5122485 | + | Email/Text: kcm@yatb.com | Mar 11 2025 18:39:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5077726 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 5065072 | *+ | Auto Trakk LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 5057247 | *+ | Credit Systems International, Inc, 1277 Country Club Ln, Fort Worth TX 76112-2304 |
| 5057226 | * | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia PA 19101-7346 |
| 5057256 | * | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bass and Associates PC | on behalf of Creditor United Consumer Financial Serv. ecf@bass-associates.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Jafar Taru dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |

| | |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Tarsha La'shaun Holmes-Taru dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tarsha La'shaun Holmes-Taru<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-0385<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | Jafar Taru<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-3769<br>EIN   __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-01882-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tarsha La'shaun Holmes-Taru             Jafar Taru

**By the court:** _(signature)_

3/11/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W **Chapter 13 Discharge** page 1

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**