Fill in this information to identify the case:

Debtor 1   Tarsha La'shaun Holmes-Taru

Debtor 2   Jafar Taru
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   18-01882 HWV

Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:**   LAKEVIEW LOAN SERVICING LLC     **Court claim no.** (if known):   11

**Last 4 digits** of any number you use to identify the debtor's account:   7298
**Property address:**
   1235 Nugent Way
   York, PA 17402

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:
   a.   Total postpetition ongoing payments due:   (a)   $ 51,659.44
   b.   Total fees, charges, expenses, escrow, and costs outstanding:   + (b)   $ 0.00
   c.   **Total.** Add lines a and b.   (c)   $ 51,659.44

   Creditor asserts that the debtor(s) are contractually obligated for   02 / 01 / 2023
   the postpetition payment(s) that first became due on:

   HAF Funds in the amount of $39,792.40 have been received. An amended response will be filed when the funds are applied.

Form 4100R                     Response to Notice of Final Cure Payment                     page 1

Document ID: aa320f79347c8f614bf9874ca5f81c09dcbe22fc0e8c9ea72f476cc0497cf8c8

| Debtor(s) | Tarsha La'shaun Holmes-Taru and Jafar Taru | Case Number (if known): 18-01882 HWV |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/    Date   03/17/2025
Denise Carlon
17 Mar 2025, 17:11:02, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Document ID: aa320f79347c8f614bf9874ca5f81c09dcbe22fc0e8c9ea72f476cc0497cf8c8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tarsha La'shaun Holmes-Taru<br>Jafar Taru<br>                       Debtor(s)<br><br>**LAKEVIEW LOAN SERVICING LLC**<br>                       Movant<br><br>                       vs.<br><br>**Tarsha La'shaun Holmes-Taru**<br>**Jafar Taru**<br>                       Debtor(s)<br><br>**Jack N Zaharopoulos**,<br>                       Trustee | BK NO. 18-01882 HWV<br><br>Chapter 13<br><br>Related to Claim No. 11 |

## CERTIFICATE OF SERVICE
## RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 17, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Tarsha La'shaun Holmes-Taru
1235 Nugent Way
York, PA 17402

Jafar Taru
1235 Nugent Way
York, PA 17402

Attorney for Debtor(s) (via ECF)
Dawn Marie Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

Trustee (via ECF)
Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: March 17, 2025

                                                                By: /s/ Denise Carlon
                                                                   Denise Carlon, Esquire
                                                                   Attorney I.D. 317226
                                                                   KML Law Group, P.C.
                                                                   BNY Mellon Independence Center
                                                                   701 Market Street, Suite 5000
                                                                   Philadelphia, PA 19106
                                                                   (215) 627–1322
                                                                   dcarlon@kmllawgroup.com
                                                                   Attorney for Movant/Applicant