# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tarsha La'shaun Holmes-Taru<br>Jafar Taru<br>　　　　　　　　　Debtor(s)<br><br>**LAKEVIEW LOAN SERVICING LLC**<br>　　　　　　　　　Movant<br><br>vs.<br><br>**Tarsha La'shaun Holmes-Taru**<br>**Jafar Taru**<br>　　　　　　　　　Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　Trustee | BK NO. 18-01882 HWV<br><br>Chapter 13<br><br>Related to Claim No. 11-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Tarsha La'shaun Holmes-Taru
1235 Nugent Way
York, PA 17402

Jafar Taru
1235 Nugent Way
York, PA 17402

<u>Attorney for Debtor(s)</u>
Dawn Marie Cutaia, Pugh and Cutaia, PLLC
115 E. Philadelphia Street
York, PA 17401

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 9, 2022</u>

　　　　　　　　　　　　　　　　　　　　　**/s/ Michael P. Farrington**
　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com